# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADISON POWELL, a Minor, by THERESA POWELL, Guardian, and THERESA POWELL, Individually | : : : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : : | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, and PAR PHARMACEUTICALS | : : : | NO. 13-3693 |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 26th day of September, 2013, for the reasons stated in the accompanying memorandum, it is **ORDERED** that Plaintiffs' Motion to Remand (ECF No. 3) is **GRANTED** and Defendants' Motion to Transfer (ECF No. 2) is **DENIED**.

The Clerk shall close this case and transmit a certified copy of this Order to state court.

                                                    BY THE COURT:

                                                    /s/ Michael M. Baylson
                                                    _____
                                                    **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 13\13-3693 powell v. smithkline\remand_order.docx