IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADISON POWELL, a Minor, by THERESA POWELL, Guardian, and THERESA POWELL, Individually | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, and PAR PHARMACEUTICALS | : : : | NO. 13-3693 |
| Defendant. | : : | |

### ORDER GRANTING PLAINTIFFS' MOTION TO AMEND AND CERTIFY ORDER FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(B)

**AND NOW**, this 19th day of December, 2013, upon consideration of the Plaintiffs' Motion to Amend and Certify Order for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) and Defendant's response, the Court **GRANTS** the motion and certifies to the United States Court of Appeals for the Third Circuit the following question on interlocutory review:

> Whether a defendant may remove a case a second time based on diversity jurisdiction more than one year after the commencement of the case.

The Court finds the Order of September 26, 2013 "involves a controlling question of law as to which there is substantial ground for difference of opinion." In order to maintain the status

quo pending any decision by the Third Circuit, the Court will extend the stay until the Third Circuit has rendered a decision.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 13\13-3693 powell v. smithkline\13cv3693.certify interlocutory review.12.19.13.docx